**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com

Adam B. Nach - 013622
Email: adam.nach@lane-nach.com

Attorneys for Brian J. Mullen, Plaintiff

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: <br><br> NAKOMIS CECELIA PARMELY, <br><br> Debtor. <br><br> BRIAN J. MULLEN, CHAPTER 7 TRUSTEE <br><br> Plaintiff, <br><br> vs. <br><br> FLAGSHIP CREDIT ACCEPTANCE, LLC, <br><br> Defendant. | (Chapter 7 Case) <br><br> No. 2:16-bk-09347-PS <br><br> Adversary No. 2-17-ap-00159-PS <br><br> **COMPLAINT** <br><br> **Count I -11 U.S.C. §§547, 550 and 551** <br><br> **Count II – U.S.C. §§541 and 542** |

Brian J. Mullen, Chapter 7 Trustee, by and through his attorneys undersigned, for his Complaint against Defendant, respectfully alleges as follows:

**JURISDICTION AND VENUE**

1. Plaintiff consents to the jurisdiction of this Court pursuant to Fed.R.Bankr.P. 7008.

2. This adversary proceeding has been referred to this Court pursuant to 28 U.S.C. §157(a).

3. Venue of this adversary proceeding is proper in this District pursuant to 28 U.S.C. §1409(a).

4. Pursuant to Fed.R.Bankr.P. 7001, a proceeding to recover money or property is governed by Part VII of Fed.R.Bankr.P.

5. The Plaintiff is permitted to bring this adversary proceeding on behalf of the Estate pursuant to Fed.R.Bankr.P. 6009.

## **GENERAL ALLEGATIONS**

6. This case was commenced by voluntary petition filed by the Debtor under Chapter 7 of Title 11, United States Code on August 15, 2016 ("**Petition Date**").

7. Plaintiff is the duly appointed and acting Trustee of the Chapter 7 Estate.

8. Upon information and belief, Defendant Flagship Credit Acceptance LLC (hereafter "**Flagship**" or "**Defendant**") is a foreign corporation authorized to do business in Arizona with headquarters located at 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

9. All events complained of herein occurred in this District.

10. Upon information and belief, prior to the commencement of this case and on May 12, 2016, Debtor purchased a 2008 Mercedes [VIN WDBWK54F98F185530] (hereinafter the "**Vehicle**") and obtained financing through Flagship.

11. Upon information and belief, the Debtor borrowed funds from Defendant, and took possession of the Vehicle and granted a lien on May 12, 2016 (labeled "A1" and "A2" on the Title and Registration Application), and the application to perfect the lien on the title was received and processed on June 20, 2016 (labeled "B" on the Title and Registration Application), which date is more than thirty (30) days after the date the Debtor took possession of the Vehicle. A Copy of the Title and Registration Application is attached as Exhibit "1" and is incorporated herein by reference.

12. Upon information and belief, the value of the lien granted was $19,740.47. *See* Exhibit 1 at P. 2.

# COUNT I
## Avoidance of Lien – 11 U.S.C. §§547, 550 and 551

13. Plaintiff hereby incorporates the allegations set forth herein above.

14. Upon information and belief, Flagship recorded its lien on the title to the Vehicle more than thirty (30) days after the Vehicle was purchased but less than ninety (90) days prior to the commencement of this case, which falls within the preference period as defined in 11 U.S.C. §547.

15. Upon information and belief, at the time the lien was placed on the Vehicle, the Debtor was insolvent.

16. The perfection of the Defendant's interest in the Vehicle secured an antecedent debt due to Defendant by the Debtor.

17. The effect of Defendant placing a lien on the Vehicle more than thirty (30) days after the Debtor received possession of the Vehicle and within ninety (90) days prior to the petition date was to enable it to obtain more than it would have received under Chapter 7 of Title 11, United States Code, if the lien had not been placed on the Vehicle, and had Defendant received payment of such debt to the extent provided by Title 11 of the United States Code. *See In re Fidelity Financial Services, Inc., v Richard V. Fink*, 522 U.S. 211 (1998).

18. Pursuant to 11 U.S.C. §547(b), Plaintiff may avoid Defendant's lien on the Vehicle.

19. Pursuant to 11 U.S.C. §550, the avoided lien, or its equivalent value, is property of the Estate.

20. Pursuant to 11 U.S.C. §§ 550 and 551, upon avoidance of the lien under 11 U.S.C. §547(c)(3)(B), the lien on the Vehicle is preserved for the benefit of the bankruptcy estate.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

   a. Avoiding the aforesaid lien as a preference pursuant to 11 U.S.C. §547(b);

   b. Determining that the avoided lien is property of the Estate pursuant to 11 U.S.C. §§550 and 551, and preserving it for the benefit of the Estate;

c. Authorizing the Trustee to execute any and all documentation necessary, including a release of the avoided lien, to affect the transfer of the 2008 Mercedes [VIN WDBWK54F98F185530] free and clear of the avoided lien after payment on the avoided lien has been received;

d. Or alternatively, if it is no longer practical to take possession of the Vehicle, awarding Plaintiff the value of the avoided transfer pursuant to 11 U.S.C. §550 in the amount of $19,740.47; and

e. For such other and further relief as this Court deems just and proper.

## COUNT II
### Turnover of Post-Petition Payments – 11 U.S.C. §§541 and 542

21. Plaintiff hereby incorporates the allegations set forth herein above.

22. On information and belief, Debtor has made payments on the avoidable lien since the Petition Date.

23. On information and belief, all post-petition payments were made in connection with the avoidable lien which is preserved for the benefit of the Estate and therefore, all such post-petition payments are property of the Bankruptcy Estate pursuant to 11 U.S.C. §541.

24. The Estate is entitled to turnover of the post-petition payments pursuant to 11 U.S.C. §542.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

a. Declaring that all post-petition payments made on account of the avoided lien are property of the Estate;

b. Directing turnover of the post-petition payments received by Defendant to the Trustee; and,

c. For such other and further relief as this Court deems just and proper.

DATED this 21st day of February, 2016.

**LANE & NACH, P.C.**


By  /s/ Stuart B. Rodgers
    Stuart B. Rodgers
    Adam B. Nach
    Attorneys for Plaintiff

# Exhibit 1

# Motor Vehicle Division — TITLE AND REGISTRATION APPLICATION

ADOT | 48-0509T R09/09 | www.azdot.gov

When you sell your vehicle or otherwise transfer ownership, or end your lease, complete a Sold Notice at www.servicearizona.com.

**MVD AUTHORIZED ONE COPY**
Sav-U-Time Title
Date: 6-20-H
Amt Pd: 149.87
Initials: AS

| Plate Number | Tab Number | Unit Number | Arizona Brand |
|---|---|---|---|
| BVV9365 | BVV9365 | | |

| Vehicle Identification Number | Make | Body Style | Year | Arizona Brand |
|---|---|---|---|---|
| WDBWK54F98F185530 | MERZ | RD | 2008 | |

Previous Brand/State | Previous Brand/State | Previous Brand/State | Other States With Brands

| First Registered | Model | List Price | GVW | Fuel | Odometer Reading (no tenths) | Mobile Home W/L |
|---|---|---|---|---|---|---|
| MAR2008 | | 043800 | 000000 | G | 0071836 [X] Actual [ ] B [ ] C | |

Legal Status | Driver License or EIN

NAKOMIS C PARMELY

AZ 85259-5410

◀ Owner Names Mailing Address

Registration Expiration Date
02/28/2017

**A1**
Date: 05122016

Residence Address of Owner or Lessee (If different from Mailing Address)

**Lienholders**
Name: FLAGSHIP CREDIT ACCEPTANCE LLC
Driver License or EIN: 273237099
Mailing Address: PO BOX 2070   COPPEL   Legal Status:   TX 750192070

Name:
Driver License or EIN:   Legal Status:
Mailing Address:
Mobile Home Manufacturer   Vehicle/Mobile Home Location

Service Options | Date Vehicle Acquired

- [ ] Vehicle is specially constructed or reconstructed.
- [ ] Vehicle will be rented without a driver (such as a rental car).
- [ ] I certify that this vehicle, commonly referred to as a station wagon or referred to by the manufacturer's rating as a 3/4 ton or less pickup truck or 3/4 ton or less van, is not maintained and operated more than 1,000 hours in a vehicle registration year for the transportation of passengers or property in the furtherance of a commercial enterprise.
- [ ] I certify that this trailer or semitrailer with a declared gross weight of 10,000 lbs or less is not maintained and operated in the furtherance of a commercial enterprise.
- [ ] I consent to the release of personal information contained in my driver license and vehicle record. I understand that this is not a one-time consent that applies only to a specific individual or organization, but is instead a general consent that applies to all requests from any and all individuals or organizations for any purpose, until revoked by me in writing. Consent for a vehicle record applies to all owners.

**Fees**
VLT  137.87
REG    8.00
TTL    4.00

I certify that the information above and any documentation that I submit in support of this application, is true and correct, and that the vehicle is free from liens, except those indicated above. I acknowledge that the odometer reading above is qualified by the seller and that it is not the responsibility of the Motor Vehicle Division to determine the accuracy of the odometer statement. I understand that vehicles registered for use in, or used to commute into, Air Quality Control areas (including greater metro Phoenix or Tucson) may be subject to emissions testing.

All Owners Sign Here: [signature]

I do hereby state that we hold this property as joint tenants and furthermore empower and authorize each other as attorney in fact to assign the certificate of title by his or her signature alone and thereby transfer, sell, mortgage or otherwise encumber the vehicle, or transfer license plates and/or fees in the same manner as though all joint owners had acted and signed.

Owners With "OR" Legal Status Also Sign Here

| Batch/Date/Office Number | Cat | Canceled Plate Number/State/Agent |
|---|---|---|
| 022D 06202016 6074 | A | [ ]1 [ ]2 Plates |

| New Title Number | New Film Reference Number | Type |
|---|---|---|
| 022D016172082 | R172022D27 | ELT |

| Prior Title Number | State | Prior Film Reference Number |
|---|---|---|
| ELTA016126480 | AZ | N115023D05 |

TOTAL  149.87

0922091235

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444

23245

# ADOT
**Motor Vehicle Division**
96-0236 R12/13   azdot.gov

## TITLE AND REGISTRATION APPLICATION

☒ Title and Registration  ☐ Title Only  ☐ Duplicate  ☐ Registration Only  ☐ Dismantle  ☐ Salvage  ☐ Stolen

| Plate Number | Plate Credit No. | Credit Eff. Date | First Registered | Reg. Eff. Date | Reg. Expiration Date | Unit Number | Mobile Home W/L |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Vehicle Identification Number | | | Make | Body Style | Year | Model | List Price |
|---|---|---|---|---|---|---|---|
| WDBWK54F98F185530 | | | MERCEDES | CONV | 2008 | SLK280 | $ 16500.00 |

| GVW | Fuel | Odometer Reading (no tenths) | Odometer Codes | Vehicle Construction | Trailer Plate Size |
|---|---|---|---|---|---|
| | GASOLINE | 71835 | ☐A ☐B ☐C | ☐ Specially Constructed  ☐ Reconstructed | ☐ Full Size  ☐ Small |

| Lien Amount | Lien Date | | ☐ Additional lien or lienholders (attach another application) |
|---|---|---|---|
| $ 19740.47 | 05/12/16  **A2** | | |

| Lienholder Driver License or EIN | Lienholder Name (if no lien, write NONE) | | Legal Status |
|---|---|---|---|
| 273237099 | FLAGSHIP CREDIT ACCEPTANCE | | ☐ Or ☒ And ☐ And/Or |

| Mailing Address | | City | State | Zip |
|---|---|---|---|---|
| PO BOX 2070 | | COPPELL | TX | 75019 |

| Owner Driver License or EIN | Owner Name (first, middle, last, suffix) |
|---|---|
| | NAKOMIS C PARMELY |

| Date of Birth | MVD Tax Account Number (if applicable) | Legal Status* (If "Or" is checked, owner must sign here.) |
|---|---|---|
| | | ☐ Or ☐ And ☐ And/Or  Sign ▶ |

| Street Address | | City | State | Zip | County |
|---|---|---|---|---|---|
| | | SCOTTSDALE | AZ | 85259 | MARICOPA |

| Mailing Address (if different from above) | City | State | Zip | County |
|---|---|---|---|---|
| | | | | |

*(Additional owner sections blank)*

**Service Options*** | **Date Vehicle Acquired** 05/12/2016

☐ I consent to the release of personal information contained in my driver license and vehicle record. I understand that this is not a one-time consent that applies only to a specific individual or organization, but is instead a general consent that applies to all requests from any and all individuals or organizations for any purpose, until revoked by me in writing. Consent for a vehicle record applies to all owners.

☐ Vehicle will be rented without a driver (such as a rental car).

☐ I certify that this vehicle, commonly referred to as a station wagon or referred to by the manufacturer's rating as a 3/4 ton or less pickup truck or 3/4 ton or less van, is not maintained and operated more than 1,000 hours in a vehicle registration year for the transportation of passengers or property in the furtherance of a commercial enterprise.

☐ I certify that this trailer or semitrailer with a declared gross weight of 10,000 lbs or less is not maintained and operated in the furtherance of a commercial enterprise.

I certify that the information above and any documentation which I submit in support of this application, is true and correct; that the vehicle is free from liens, except those indicated above and that I have read and understand the requirements of the legal status indicated above. I acknowledge that the odometer reading above is qualified by the seller and that it is not the responsibility of the Motor Vehicle Division to determine the accuracy of the odometer statement. I understand that vehicles registered for use in, or used to commute into, Air Quality Control Areas (including greater metro Phoenix and Tucson) may be subject to emission testing.

**All Owners Sign Here** ▶ *(signature)*

If "Or" is checked above, owners must also sign the Legal Status boxes above.

| MVD Use | Cat | Canceled Plate Number/State/Agent ☐1 ☐2 Plates | | | | Current Title Number | | State | Date Title Issued | *See Reverse |
|---|---|---|---|---|---|---|---|---|---|---|
| REG | EIF | TRN | AQF | PST | PEN | LOP | SNO | DOR | TTL | |
| UTX | SPL | VLT | CRF | WGT | MCF | PRC | | Total Fees | | |

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444